# EXHIBIT A



**Washington State Bar Association**

Sunday, August 09, 2009

Public   Member   Sponsor   Help

# Discipline Notice

| WSBA Bar # | 34160 | Member Name | Jason Michael Wong |
|---|---|---|---|
| Action | Suspension | Effective Date | 3/28/2008 |
| RPC | | | |
| Discipline Notice | Jason M. Wong (WSBA No. 34160, admitted 2003), of Tacoma, is suspended until reinstatement by the Army or discharge, effective March 28, 2008, by order of the Washington State Supreme Court, imposing reciprocal discipline in accordance with an order from the Army Judge Advocate General. The suspension resulted from the United States Army's July 13, 2007, summary of indefinite suspension from practice before Army courts-martial and the United States Army Court of Criminal Appeals and revocation of Mr. Wong's Article 27b Uniform Code of Military Justice (UCMJ) certification and his authorization to practice law for the Army.<br><br>In November 2006, illegal drugs were discovered with Captain Wong's personal possessions in unopened factory blister packs labeled Rohypnol (flunitrazepam) and Valium (diazepam). Captain Wong admitted to another Army captain that he brought the drugs to the United States from Cambodia and that he used them for claimed sleeping problems. Captain Wong violated Title 21, US Code, and Art. 112, UCMJ, by wrongfully importing and possessing controlled substances.<br><br>Captain Wong's conduct violated the Army Rules of Professional Conduct for Lawyers, Army Rule 8.4(b), prohibiting a lawyer from committing a criminal act that reflects adversely on the lawyer's honesty, trustworthiness, or fitness as a lawyer in other respects; and Army Rule 8.4(c), prohibiting a lawyer from engaging in conduct involving dishonesty, fraud, deceit, or misrepresentation.<br><br>M. Craig Bray represented the Bar Association. Leland G. Ripley represented Captain Wong. | | |

The discipline search function may or may not reveal all disciplinary action relating to a lawyer. The discipline information accessed is a summary and not the official decision in the case. For more complete information, call 206-727-8207 and press 7.

Public   Member   Sponsor   Help