# EXHIBIT B

# Emiel Ali Kandi's Corporations

## Diversified Financial, Inc

Diversified Financial, Inc was dissolved in April 2005, only 7 months after it was incorporated. It's authority to do business in this State was revoked by order of the secretary of State, Sam Reed, but it was used after that time by Emiel Kandi (he signs as "Agent") for many public records after that time, and still is as recently as June 2009. It was also a party in at least 2 public recordings before it was incorporated.

It is believed that Diversified Financial was created by Emiel Kandi as an offshore corporation for the purpose of tax evasion.

## Pierce County, WA Auditor
### Official Public Records

| Instrument. No. | Date Filed | Document Type | Name | Assoc. Name | Legal Description |
|---|---|---|---|---|---|
| 200411170708 | 11/17/2004 | FEDERAL TAX LIEN | KANDI EMIEL A | IRS | **$335935.70**, PO BOX 64907 UP, 199458304 |
| 200509150094 | 09/15/2005 | FEDERAL TAX LIEN | KANDI EMIEL A | IRS | **$74366.71** PO BOX 64907 UP WA 98466 #246491705 |
| 200601241319 | 01/24/2006 | FEDERAL TAX LIEN | KANDI EMIEL A | IRS | **$379069.88** PO BOX 64907 U P 263266405 |
| 200608210164 | 08/21/2006 | FEDERAL TAX LIEN | KANDI EMIEL A | IRS | **$158783.71**, 302260806, PO BOX 64907 UNIVERSITY PLACE |

Diversified Financial, Inc. was created only 2 months before the first of 4 tax liens against Kandi were filed.

Diversified Financial reports a foreign street address of **8 Marine Parade, Belize**. For business conducted in the state of Washington, it reports a local street address of **6817 27th STREET WEST UNIVERSITY PLACE, WA 98464.** This is actually the physical address of the University Place, WA **U.S. POST OFFICE**. Kandi has used this address as his company address on official government documents including WA Department of Revenue's REAL ESTATE EXCISE TAX AFFIDAVIT which states the penalty for perjury right on the form.

Diversified Financial reports **F. Antone Accuardi** as the president with a Central America phone no. of **001-501-223-6566**. The company reports **David Schlieps** as the registered agent. Washington State requires that the registered agent have a valid physical address in order to receive legal notices.

# DIVERSIFIED U.S. HOLDINGS OF WA, LLC

On 7/21/08 Diversified Financial Inc. formed DIVERSIFIED U.S. HOLDINGS OF WA, LLC as a Dba.  The Physical Address that is listed with the Secretary of State is **115 EAST 34TH STREET TACOMA, WA 98404**. This address is actually the physical address of **Stanley & Seafort's Restaurant** in Tacoma.  Stanley & Seafort's has no affiliations with Diversified, Emiel Kandi, or any of its other members.

DIVERSIFIED U.S. HOLDINGS OF WA, LLC lists as contact information:
**F. Antone Accuardi**
**8 Marine Parade, Belize**
**Phone 001-501-223-6566**

**David Schlieps** is listed as the registered agent for Diversified U.S. holdings of WA, LLC

# VILLA MORTGAGE LLC

On 5/01/02 Emeil Kandi formed VILLA MORTGAGE LLC. The address that is listed with the Secretary of State is **6817 27th STREET WEST UNIVERSITY PLACE, WA 98464**. This is actually the physical address of the University Place, WA **U.S. POST OFFICE**.

Emiel Kandi is believed to be the sole owner of Villa Mortgage. Kandi has no Loan Originator license.  His license no. 510-lo-34389 shows a status of inactive with the Washington State Department of Financial Institutions (DFI).  According to a DFI staffer, without a active loan originator lic. Mr. Kandi should not be working on any loans even if the Mortgage company which he do loans for have a license.  Villa Mortgage LLC has no active broker license.

*B-2*

Villa Mortgage have done loans under the Lic no# 510-MB-18954. This Lic # is for the company name **American Dream Mortgage Inc**. American Dream Mortgage Inc. is a Washington formed corporation. **Ron Markle** is the sole owner of American Dream Mortgage Inc. Mr. Markle has relocated the operations of his company to Philadelphia PA years ago. Mr. Kandi and Mr. Markle are co-defendants in an active law suit in Pierce County *Case # 09-2-04683-8 CLARISSA MARTIN VS. EMIEL ALI KANDI*. In the legal pleading Markle has stated that he or his company are not a member of Villa Mortgage and states that they are two separated entities. He affirms the Villa mortgage do loans in Washington under American Dream Mortgage but states that no money is received by him or his company for the loans that are done in Washington.

# Analysis

All three companies seems to have many issues, which would lead one to conclude they are "shell" companies rather than "real" companies. Although some of Kandi's companies may appear to be in good legal standing on the surface, a deeper look would reveal otherwise. It appears that the formation of Kandi's companies have all been for the purpose of defrauding the citizens Washington, the government of Washington, and the Federal government as well.

## David Schlieps

David Schilieps is a licensed Notary. He notarized numerous documents for Kandi which some of those documents he have notarized have been questioned as being forgeries.

David Schlieps is listed as the registered agent for all three companies. He reports a **D Street Marina, Tacoma** address to the Secretary of State but with various zip codes:

**D Street Marina Tacoma, WA 98402**
**D Street Marina Tacoma, WA 98421**
**D Street Marina Tacoma, WA 98483** and
**D Street Marina Tacoma, WA 98464**

There is a "Dock Street" marina in Tacoma but no "D Street" marina.

*B-3*

## F. Antone Accuardi

F. Antone Accuardi is a lawyer with dual citizenship (USA & Belize) who specializing in setting up people with off-shore company formations for the purpose of tax & asset protection. His possible addresses are:

936 davenport st sw
Portland,OR 97201

and
Asset Protection
13 Burns Ave.
San Ignacio, Cayo
Belize
-011 501 6009335

F. Antone Accuardi has also listed **8 Marine Parade, Belize** as his physical address.


## 8 Marine Parade, Belize

8 Marine Parade, Belize This address is listed as both the Principle street address of Diversified Financial and the address of its President Anthony Accuardi. However it does not appear to be a valid physical address (see map below).

A google search for "8 Marine Parade",Belize returns several of off-shore companies that use this address some even use the same **001-501-223-6566** phone no. Some are reported to be "tax havens" and web results contain several complaints of fraud against some of the companies having this address.

**TaxHavenUSA.com**
**An Operation of The Squire Organization, LLC**
8 Marine Parade
P.O. Box 1936
Belize City
BELIZE - CENTRAL AMERICA
SkypeIn (tel): +1 281 968 0764
FAX: +1 419 710 4339
consulting@TaxHavenUSA.com

Genucap Resources, LLC
8 Marine Parade
Belize City
Belize - Central America

US Office:
909 Silber Road #59
Houston, TX 77024
telephone: 281-968-0764
email: a@genucap.com

_____

Success Through Advertising LLC
8 Marine Parade, Belize City, Belize BH1000

_____

Kim E Inman, Dba YMMSS & STA
'Your Money Machine Success System'

Phone: 501-223 6566
8 Marine Parade
Belize City, Nationwide, 1000
Belize

_____

Mithashu Exports India
Web: www.mithashu.bloombiz.com
Associate of
GYLLTON HOLDINGS ,LTD
A unit of - WORLD COMMODITIES GROUP DELAWARE.INC
8 MARINE PARADE,BELIZE CITY
CENTRAL AMERICA,U.S.A

_____

**Stephen L Thompson**
8 Marine Parade
P. O. Box 1936
BELIZE CITY, Belize, C .A.
Telephone No. 501-223-6566
Fax No. 501-223-6578
E-mail: eco-craft@btl.net

# "A" Approximate Location of 8 Marine Parade, Belize



Corporation Name:

**DIVERSIFIED FINANCIAL, INC. DBA DIVERSIFIED FINANCIAL HOLDIN
c/o DAVID SCHLIEPS
PO BOX 64907
TACOMA WA 98464**

U.B.1. Number:
**602 425 191**

# CERTIFICATE OF
# REVOCATION OF AUTHORITY
# TO DO BUSINESS IN WASHINGTON

In accordance with RCW 23B.15.310, the certificate of authority of the above corporation

is hereby revoked as of    **April 01, 2005** .

This action was taken due to the failure of the corporation to file an initial list of

officers/directors within the time set forth by law.

A copy of this certificate is on file in this office:

    Corporations Division
    Office of the Secretary of State
    PO Box 40234
    Olympia, Washington 98504-0234
    (360) 753-7115

*Given under my hand and the seal of the State
of Washington at Olympia, the State Capital.*

Sam Reed, Secretary of State



**STATE OF WASHINGTON**
**SECRETARY OF STATE**

# CERTIFICATE OF AUTHORITY
# FOREIGN PROFIT CORPORATION
*(Per Chapter 23B.15 RCW)*

## FEE: $175

EXPEDITED (24-HOUR) SERVICE AVAILABLE – $20 PER ENTITY
INCLUDE FEE AND WRITE "EXPEDITE" IN BOLD LETTERS
ON OUTSIDE OF ENVELOPE

• Please PRINT or TYPE in black ink
• Sign, date and return original AND ONE COPY to:

CORPORATIONS DIVISION
801 CAPITOL WAY SOUTH • PO BOX 40234
OLYMPIA, WA 98504-0234

BE SURE TO INCLUDE FILING FEE. Checks
should be made payable to "Secretary of State"

FOR OFFICE USE ONLY

**FOR OFFICE USE ONLY**

| FILED: | 08 / 30 / 2004 | USE | 60242519/ |
|---|---|---|---|

CORPORATION NUMBER: 24,148

253-565-7701 Emiel

| IMPORTANT! Person to contact about this filing | Daytime Phone Number (with area code) |
|---|---|
| F. Antone Accuardi | 011-501-223-6566 |

| NAME OF CORPORATION (As Recorded in the State/Country of Incorporation) | ORIGINALLY INCORPORATED |
|---|---|
| Diversified Financial, Inc. | IN: *State/Country* Belize ON: *Date* 04/01/02 |

*NOTE: If the name listed above is unavailable in Washington state or does not meet the requirements of 23B.15 RCW, please provide the name the corporation adopts for use in Washington State. You must also attach a Board of Directors Resolution approving the use of an alternate name.*

| NAME THE CORPORATION ADOPTS FOR USE IN WASHINGTON STATE | APPROVED BY DIRECTORS |
|---|---|
| Diversified Financial, Holdings, Inc | X ☐ Resolution Attached |

PRINCIPAL OFFICE ADDRESS OF CORPORATION *(Street Address Required - Please Do Not Use PO Box)*

Address 8 Marine Parade

| City | State or Country | ZIP or Postal Code |
|---|---|---|
| Belize | Belize | NA |

| EFFECTIVE DATE OF CERTIFICATE OF AUTHORITY | *(Specified effective date may be up to 90 days AFTER receipt of the document by the Secretary of State)* ☐ Specific Date: _____  ☑ Upon filing by the Secretary of State |
|---|---|
| PERIOD OF DURATION *(Check one only)* | ☑ Perpetual  ☐ Years *(indicate number of years)* | DATE CORPORATION BEGAN DOING BUSINESS IN WASHINGTON STATE |
| CERTIFICATE OF EXISTENCE | ☑ Attached is an original Certificate of Existence, issued no more than 60 days prior to this application, duly authenticated by the Secretary of State or other official having custody of corporate records in the state or country of incorporation. |

NAME AND ADDRESS OF WASHINGTON STATE REGISTERED AGENT

Name David Schlieps

| Street Address (Required) D Street Marina | City Tacoma | State WA | ZIP 98402 98403 |
|---|---|---|---|

PO Box (Optional - Must be in same city as street address) PO Box 64907 — ZIP (if different than street ZIP) — 98464

*I consent to serve as Registered Agent in the State of Washington for the above named corporation. I understand it will be my responsibility to accept Service of Process on behalf of the corporation; to forward mail to the corporation; and to immediately notify the Office of the Secretary of State if I resign or change the Registered Office Address.*

| Signature of Agent | David Schlieps | 08/30/04 |
|---|---|---|
| | Printed Name | Date |

NAMES AND ADDRESSES OF ALL CURRENT OFFICERS AND DIRECTORS *(If necessary, attach additional names and addresses)*

| Name | F. Antone Accuardi | Pres |
|---|---|---|
| Address | 8 Marine Parade | City Belize | State BZE | ZIP |

SIGNATURE OF OFFICER OR CHAIRPERSON

*This document is hereby executed under penalties of perjury, and is, to the best of my knowledge, true and correct.*

| Signature of Officer/Chairperson | F. Antone Accuardi | Pres | 08/30/04 |
|---|---|---|---|
| | Printed Name | Title | Date |

**CORPORATIONS INFORMATION AND ASSISTANCE – 360/753-7115 (TDD – 360/753-1485)**

010-001 (3/00)

B-8

## RESOLUTION OF THE BOARD OF DIRECTORS

### OF

### DIVERSIFIED FINANCIAL, INC.

Incorporated under the Belize International Business Companies Act 1990

I, the undersigned, being the sole director of Diversified Financial Incorporated, a company incorporated under the International Companies Act of Belize 1990, have unanimously;

RESLOVED that in order to complete certain transactions within the State of Washington; Diversified Financial Inc. shall obtain a certificate of good standing from the Secretary of State of the state of Washington.

RESLOVED that Diversified Financial Inc. hereby adopts the name Diversified Financial Holdings, inc. to be used within Washington State.

Dated this 30th Day of August, 2004

F. Antone Accuardi, B.S. J.D. LL.M



BELIZE CITY, BELIZE

THE INTERNATIONAL BUSINESS COMPANIES ACT, 1990

# Certificate of Good Standing

*The undersigned, Registrar of International Business Companies, HEREBY C E R T I F I E S, pursuant to Sections 136 (1) of The International Business Companies Act, that*

**DIVERSIFIED FINANCIAL, INC.**     No. 24,148

(A company incorporated under said Act) is of good standing as of the date set out below

This certifies that the above-named company as of the date hereof:
(a) has not submitted to the Registrar articles of merger or consolidation that have not yet become effective; (b) the company has not submitted to the Registrar articles of arrangement that have not yet become active; (c) the company is not in the process of being wound up and dissolved; (d) proceedings to strike the name of the company off the Register have not been instituted.

GIVEN under my hand and seal in Belize City, Belize

this **26th** day of **August** two thousand **four**

*Esther Neza*

DEPUTY REGISTRAR OF INTERNATIONAL
BUSINESS COMPANIES



Secretary of State
SAM REED

Enter Keywords

## Corporations Division

Home   Search   Apostilles   Domestic Partnerships   Awards Program

More Programs

🖨 PRINT THIS PAGE

Search Results                                  « Search Again

**DIVERSIFIED FINANCIAL, INC. DBA DIVERSIFIED FINANCIAL HOLDINGS, INC.**

Viewing 1 - 1 of 1 results

DIVERSIFIED FINANCIAL, INC DBA DIVERSIFIED FIN

| | |
|---|---|
| **UBI Number** | 602425191 |
| **Category** | REG |
| **Profit/Nonprofit** | Profit |
| **Active/Inactive** | Inactive |
| **State of Incorporation** | Foreign |
| **Date of Incorporation** | 08/31/2004 |
| **Expiration Date** | 08/31/2005 |
| **Dissolution Date** | 04/01/2005 |

**Registered Agent Information**

| | |
|---|---|
| **Agent Name** | DAVID SCHLIEPS |
| **Address** | D STREET MARINA |
| **City** | TACOMA |
| **State** | WA |
| **ZIP** | 98402 |

**Special Address Information**

| | |
|---|---|
| **Address** | PO BOX 64907 |
| **City** | TACOMA |
| **State** | WA |
| **Zip** | 98464 |

View Additional Information »

» Close «

rch Again

Neither the State of Washington nor any agency, officer, ............................................ ility, or
timeliness of any information in the Public Access System ................................................
accuracy, reliability, or timeliness of such information. W............................................. ortions
may be incorrect or not current. Any person or entity who relies on information obtained from the System does so at his or her own risk.

Address Confidentiality | Apostilles | Archives | Charitable Trusts & Solicitations | Corporations | Digital Signatures
Elections & Voting | International Trade | Legacy Project | Library | Medals of Merit & Valor | News Releases | Productivity Board
State Flag | State Seal | Washington History

Washington Secretary of State
801 Capitol Way South
PO Box 40234, Olympia WA 98504-0234
(360) 725-0377



Phone Numbers | Privacy Policy | Accessibility

B-11

Español | Русский | 한국어 | Tagalog | Tiếng Việt | 漢語

ABOUT US | CONTACT US | QUESTIONS & ANSWERS | TEXT VERSION | PRINTER FRIENDLY

My Account: Login | Join

Home

File & pay taxes

*Doing business*

Business types

Register my business

My account

Audits

Find taxes & rates

Workshops & education

Get a form or publication

Find a law or rule

## Doing business

Home / Doing business / Register my business / Lookup business information / Results

## **Results**

Back to search results

NOTE: If the word "non-revenue" appears in the space after Tax Registration Number, the account is not registered with the Department of Revenue. Although the business may not be required to register with the Department of Revenue, it is registered with one or more other agencies in the state.

---

### Washington State Department of Revenue
### State Business Records Database Detail

**TAX REGISTRATION NUMBER :**    NON-REVENUE
**UBI :**    602425191
**LEGAL ENTITY :**    DIVERSIFIED FINANCIAL INC DBA DIVERSIFIED FIN
**DOING BUSINESS AS :**

**MAILING ADDRESS :**                  **BUSINESS LOCATION :**

**D STREET MARINE**                     **D STREET MARINE**
**TACOMA, WA 98402-0000**          **TACOMA, WA 98402-0000**

**OWNER TYPE :**    CORPORATION
**ACCOUNT OPENED :**    08/31/2004
**ACCOUNT CLOSED :**    OPEN
**NAICS CODE :**    999990          08/07/2009 6:23 PM

### FOR NON-COMMERCIAL USE ONLY

---

As of 8/31/2005, the Standard Industrial Code (SIC) has been replaced with the North American Industry

B-12

*State of Washington*

## Secretary of State

CORPORATIONS DIVISION
James M. Dolliver Building
801 Capitol Way South
PO Box 40234
Olympia WA 98504-0234
360.753.7115

FILED
SECRETARY OF STATE
SAM REED
07/21/08
STATE OF WASHINGTON

602 849 544

**Application for Limited Liability Company**

## Office Information

**Application ID** 1210251

**Tracking ID** 1541645

**Validation ID** 1331292-001

**Date Submitted for Filing:** 7/21/2008

## Contact Information

**Contact Name** F. ANTONE ACCUARDI

**Contact Address** 8 MARINE PARADE
BELIZE CITY
FO
00000

**Contact Email** TAXLAW@JUSTICE.COM

**Contact Phone** 501-223-6566

## Certificate of Formation

**Preferred Name** DIVERSIFIED U.S. HOLDINGS OF WA, LLC

**Physical Address** 115 EAST 34TH STREET
TACOMA
WA
98404

**Purpose** Any Lawful Purpose

**Duration**   Perpetual

**Formation Date** Effective Upon Filing by the Secretary of State

**Expiration Date** 7/31/2009

**Limited Liability** Members
**Company**
**Management**

**Members Signature** Attached

**Separate Certificate** I:\BUSINESS DOCUMENTS\VILLA MORTGAGE CORP PAPERS\DIVERSIFIED I
**of Formation** HOLDINGS OF WA, LLC\DIVERSIFIED U.S. HOLDINGS OF WA - CERTIFICATI
**Uploaded** FORMATION.pdf

## Registered Agent Information

**Agent is Individual**

**Agent Name** DAVID SCHLIEPS

**Agent Street Address** D STREET MARINA
TACOMA
WA
98421

**Agent Mailing** PO BOX 65458
**Address** TACOMA
WA
98464

**Agent Email Address**

**Submitter/Agent** Submitter has signed consent of specified agent
**Relationship**

## Members Information

Signature of Members Attached in COF

**Member #1**

**Member Name** DIVERSIFIED FINANCIAL

**Member Address** 8 MARINA PARADE
BELIZE CITY
FINANCIAL

Signature Information

**Signed By** F. ANTONE ACCUARDI

CERTIFICATE OF FORMATION
OF
Diversified U.S. Holdings of WA, LLC

This Certificate of Formation of **Diversified U.S. Holdings of WA, LLC**, a Washington limited liability company , is being duly executed and filed by **Diversified Financial, Inc.** as an authorized person, to form a limited liability company under the Washington Limited Liability Act (RCW 25.15, et. seq.).

FIRST.   The name of the limited liability company formed hereby is **Diversified U.S. Holdings of WA, LLC**.

SECOND.   The address of the registered office of the LLC in the State of Washington is 115 East 34th Street, Tacoma, WA 98404.

THIRD.   The name and address of the registered agent for service of process is David Schlieps, whose address is D Street Marina, Tacoma, WA 98421.

FOURTH.   The address of the principal place of business of the LLC is PO Box 65458, University Place, WA 98464.

FIFTH.   The existence of the LLC shall be perpetual.

SIXTH.   The management of the LLC is vested in its manager(s).

SEVENTH.   The Certificate shall be effective upon filing with the Secretary of the State of Washington

   IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation as of the 23rd of May, 2008.

Authorized Person:

Address:      8 Marine Parade
              Belize City, BZE

## CONSENT TO SERVE AS REGISTERED AGENT

David Schlieps does hereby consent to serve as Registered Agent in the State of Washington for the above named **Diversified U.S. Holdings of WA, LLC**, a Washington limited liability company. David Schlieps understands that as agent for the limited liability company it will be his/her responsibility to accept Service of Process on behalf of the limited liability company; to forward license renewals and other mail to the limited liability company; and to immediately notify the Secretary of State in the event of his/her resignation or of any changes in the Registered Office address.

Date: 23rd of May, 2008.

By: _____
              David Schlieps

Address:      D Street Marina
              Tacoma, WA 98483





## Corporations Division

Home   Search   Apostilles   Domestic Partnerships   Awards Program

PRINT THIS PAGE   More Programs

Search Results                                                                    « Search Again

### DIVERSIFIED U.S. HOLDINGS OF WA, LLC

Viewing 1 - 1 of 1 results

DIVERSIFIED U S HOLDINGS OF WA LLC

| | |
|---|---|
| UBI Number | 602849544 |
| Category | LLC |
| Profit/Nonprofit | Profit |
| Active/Inactive | Active |
| State of Incorporation | WA |
| Date of Incorporation | 07/21/2008 |
| Expiration Date | 07/31/2009 |
| Dissolution Date | |

**Registered Agent Information**

| | |
|---|---|
| Agent Name | DAVID SCHLIEPS |
| Address | D STREET MARINA |
| City | TACOMA |
| State | WA |
| ZIP | 98421 |

**Special Address Information**

| | |
|---|---|
| Address | PO BOX 65458 |
| City | TACOMA |
| State | WA |
| Zip | 98464 |

View Additional Information »

» Close «

Neither the State of Washington nor any agency, officer, o        shall not be liable for any losses caused by such reliance on the ty, or
timeliness of any information in the Public Access System and shall not be liable for any losses caused by such reliance on the
accuracy, reliability, or timeliness of such information. While every effort is made to ensure the accuracy of this information, portions
may be incorrect or not current. Any person or entity who relies on information obtained from the System does so at his or her own risk.

Address Confidentiality | Apostilles | Archives | Charitable Trusts & Solicitations | Corporations | Digital Signatures
Elections & Voting | International Trade | Legacy Project | Library | Medals of Merit & Valor | News Releases | Productivity Board
State Flag | State Seal | Washington History

Washington Secretary of State
801 Capitol Way South
PO Box 40234, Olympia WA 98504-0234
(360) 725-0377

Phone Numbers | Privacy Policy | Accessibility

Español | Русский | 한국어 | Tagalog | Tiếng Việt | 漢語

ABOUT US | CONTACT US | QUESTIONS & ANSWERS | TEXT VERSION | PRINTER FRIENDLY

Search ▶

My Account: Login | Join

Home
File & pay taxes
Doing business
Business types
Register my business
My account
Audits
Find taxes & rates
Workshops & education
Get a form or publication
Find a law or rule

## Doing business

Home / Doing business / Register my business / Lookup business information / Results

## Results

Back to search results

NOTE: If the word "non-revenue" appears in the space after Tax Registration Number, the account is not registered with the Department of Revenue. Although the business may not be required to register with the Department of Revenue, it is registered with one or more other agencies in the state.

### Washington State Department of Revenue
### State Business Records Database Detail

| | |
|---|---|
| TAX REGISTRATION NUMBER : | NON-REVENUE |
| UBI : | 602849544 |
| LEGAL ENTITY : | DIVERSIFIED US HOLDINGS OF WA LLC |
| DOING BUSINESS AS : | |

MAILING ADDRESS :                                   BUSINESS LOCATION :

115 EAST 34TH STREET                                115 EAST 34TH STREET
TACOMA, WA 98404-0000                               TACOMA, WA 98404-0000

OWNER TYPE:            LIMITED LIABILITY
ACCOUNT OPENED :       07/21/2008
ACCOUNT CLOSED :       OPEN
NAICS CODE:            999990              08/07/2009 6:44 PM

### FOR NON-COMMERCIAL USE ONLY

As of 8/31/2005, the Standard Industrial Code (SIC) has been replaced with the North American Industry Classification System Code (NAICS). For more information, click here


Access Washington

Español | Русский | 한국어 | Tagalog | Tiếng Việt | 漢語

Disclaimer | ©2007 Washington State Department of Revenue and its licensors. All rights reserved.

Voter registration assistance
(Secretary of State)

135-2631.-0
2002



**STATE OF WASHINGTON**
**SECRETARY OF STATE**

**APPLICATION TO FORM A**
**LIMITED LIABILITY COMPANY**
(Per Chapter 25.15 RCW)

FILED
SECRETARY OF STATE

MAY 1 3 2002

STATE OF WASHINGTON

- Please PRINT or TYPE in black ink
- Sign, date and return original AND ONE COPY to:

EXPEDITED (24-HOUR) SERVICE AVAILABLE – $20 PER ENTITY
INCLUDE FEE AND WRITE "EXPEDITE" IN BOLD LETTERS
ON OUTSIDE OF ENVELOPE

**FEE: $175**

CORPORATIONS DIVISION
801 CAPITOL WAY SOUTH • PO BOX 40234
OLYMPIA, WA 98504-0234

FOR OFFICE USE ONLY
FILED: / /         UBI: 602 204 980

- BE SURE TO INCLUDE FILING FEE. Checks
  should be made payable to "Secretary of State"

CORPORATION NUMBER:

| Important! Person to contact about this filing | Daytime Phone Number (with area code) |
|---|---|
| Emiel Kandi | 253- 405 -6844 |

## CERTIFICATE OF FORMATION

NAME OF LIMITED LIABILITY COMPANY (LLC) (Must contain the word "Limited Liability Company" "Limited Liability Co." "L.L.C." or "LLC")

Villa Mortgage LLC

ADDRESS OF LLC'S PRINCIPAL PLACE OF BUSINESS

Street Address (Required) 6817 87th Street West    City University Place    State WA    ZIP 98464

PO Box (Optional – Must be in same city as street address) PO Box 64907    ZIP (if different than street zip) 98464

EFFECTIVE DATE OF LLC (Specified effective date may be up to 90 days AFTER receipt of the document by the Secretary of State)

☒ Specific Date: 05/13/02    ☐ Upon filing by the Secretary of State

| DATE OF DISSOLUTION (if applicable) | MANAGEMENT OF LLC IS VESTED IN ONE OR MORE MANAGERS |
|---|---|
| | ☐ Yes    ☐ No |

### >>> PLEASE ATTACH ANY OTHER PROVISIONS THE LLC ELECTS TO INCLUDE <<<

NAME AND ADDRESS OF WASHINGTON STATE REGISTERED AGENT

Name Comfort, Davies & Smith

Street Address (Required) 1901 65th Av. West, #200    City Tacoma    State WA    ZIP 98466

PO Box (Optional – Must be in same city as street address)    ZIP (if different than street ZIP)

I consent to serve as Registered Agent in the State of Washington for the above named LLC. I understand it will be my responsibility to accept Service of Process on behalf of the LLC; to forward mail to the LLC; and to immediately notify the Office of the Secretary of State if I resign or change the Registered Office Address.

_____    Comfort, Davies & Smith
Signature of Agent              STEVEN W. DAVIES    VP    5/13/02
                               Printed Name              Date

NAMES ADDRESSES OF EACH PERSON EXECUTING THIS CERTIFICATE (if necessary, attach additional names and addresses)

Printed Name F. A. Accuardt    Signature _____ LMT
Address 8 Marine Parade    City Belize City    State Belize, C.A.

Printed Name _____    Signature _____
Address _____    City _____    State _____    ZIP _____

Printed Name _____    Signature _____
Address _____    City _____    State _____    ZIP _____

**INFORMATION AND ASSISTANCE – 360/753-7115 (TDD – 360/753-1485)**

Validation
Validation:05/13/2002 - 124174
$218.00 on 05/13/2002
Cash

B-20

# STATE of WASHINGTON



## SECRETARY of STATE

*I, SAM REED, Secretary of State of the State of Washington and custodian of its seal,*

hereby issue this

## CERTIFICATE OF FORMATION

to

### VILLA MORTGAGE LLC

A Washington Limited Liability Company. An application was
filed for record in this office on the date indicated below

UBI Number: 602 204 980          Date: May 13, 2002



*Given under my hand and the Seal of the State*
*of Washington at Olympia, the State Capital*

Sam Reed, Secretary of State

 **STATE OF WASHINGTON**
**DEPARTMENT OF LICENSING**
**MASTER LICENSE SERVICE**
Renewal Agent for Secretary of State





# Limited Liability Company
## License Renewal & Annual Report
Profit Corporation Name, Registered Agent, and Registered Office Address
**✳✳ D e l i n q u e n c y   N o t i c e ✳✳**

FOR VALIDATION ONLY

01P-400-925-0003
0824-W

| | |
|---|---|
| Unified Business ID No. | 602 204 980 |
| State of Formation | WA |
| Date of Formation | 05-13-2002 |
| Expiration Date* | 05-31-2008 |

VILLA MORTGAGE LLC
C/O DAVID SCHLIEPS
D ST MARINA
PO BOX 64907
TACOMA WA 98464

☐ If the registered agent and/or office address shown above
has changed, mark the box and complete the reverse side.

**LICENSE RENEWAL SECTION** *After renewal your new expiration date will be: 05-31-2009

RENEW ONLINE! Go to: www.dol.wa.gov/business/renewcorp.html     Use your UBI# and the password:   P492 6T76
Use American Express, Master Card, or Visa.

| | | |
|---|---|---:|
| Domestic Limited Liability Company | | $  50.00 |
| Renewal Application Fee | | 9.00 |
| Delinquency Fees | | 25.00 |

**Failure to pay total fees due and submit completed
annual report by 08-25-2008 will result in the
dissolution of your company.**

Make check payable to: STATE TREASURER
in U.S. FUNDS only

TOTAL FEES DUE:  $84.00

FEES & REPORT
REQUESTED BY:   07-17-2008

**ANNUAL REPORT SECTION** – The *entire section* below must be completed *each year.* Type or print legibly in dark ink.

Does your company own land, buildings, or other real property in Washington? ☐ Yes ☒ No (If Yes, see instructions on reverse side under 'Controlling interest')

Contact telephone no. (253) 405-6844     Contact e-mail address _____

Address of principal place of business  6817 27th St W   University Place   WA   98464
                                          ADDRESS                    CITY         STATE  ZIP
If formed outside Washington,
list the LLC office address
                        ADDRESS                    CITY         STATE  ZIP

Briefly Describe the Nature of Your Business  Services - All Other
                                (Example: Retail sales. Stating "Any lawful purpose" is not adequate under Washington State law and will be rejected)

List title, name, and address of managers, if applicable. Otherwise list title, name, and address of members *(attach additional sheets in the same format, if necessary. Include your UBI number on each page).*

| TITLE | NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Diversified Financial Inc. | | 8 Marine Parade | Belize City | BZE | |
| | | | | | |
| | | | | | |
| | | | | | |

Is the Limited Liability Company managed by managers? ☐ Yes ☒ No

602 204 980

X _____(signature)_____    *Agent*    8/17/08
SIGNATURE OF MEMBER OR MANAGER     TITLE     DATE SIGNED
FORM MUST BE SIGNED BY A MEMBER OR MANAGER LISTED ABOVE
Telephone: (360) 664-1450

, Please return to: **DEPARTMENT OF LICENSING
MASTER LICENSE SERVICE
PO BOX 9034
OLYMPIA WA 98507-9034**

BLS-700-350 (R/6/07) Page 1 of 2

*B-22*

# LIMITED LIABILITY COMPANY CERTIFICATE OF CHANGE OF
# REGISTERED AGENT OR REGISTERED OFFICE ADDRESS

### No fee if filed in conjunction with the License Renewal and Annual Report

***Please type or print legibly in dark ink.***

1. Limited Liability Company Name: _____

   Unified Business Identifier Number: _____

2. Printed Name of New Registered Agent: _____

   The Registered Agent must be either an individual who is a resident of the state of Washington with a business address the same as the Registered Office address shown below; or a corporation, limited liability company *(different from this limited liability company)*, or limited partnership registered with the Washington Secretary of State to do business in Washington, and with a business office address the same as the Registered Office address entered below. The new agent, or its authorized representative, must also sign the consent to appointment below.

3. The registered office street address is required. It must be identical to the **business address** of the Registered Agent and must be located in the state of Washington. A Post Office Box address may be used for mailing purposes only.

   New Registered Address: _____  _____ **WA** _____
                           REQUIRED: STREET & NUMBER OR RURAL ROUTE         CITY

   PO Box for Mailing: _____  _____ **WA** _____
                     OPTIONAL: POST OFFICE BOX NUMBER        CITY       ZIP

4. Consent to Appointment as New Registered Agent

   I consent to serve as Registered Agent in the state of Washington for the above named limited liability company. As such, I understand that it will be my responsibility to accept Service of Process on behalf of the limited liability company, to forward mail to the limited liability company, and to immediately notify the Office of the Secretary of State if I resign or change the Registered Office Address.

**X** _____
SIGNATURE OF THE AGENT SHOWN ABOVE *(IF THE AGENT IS A CORPORATION, LIST YOUR CORPORATE TITLE AFTER SIGNATURE.)*         DATE

## CONTROLLING INTEREST

Answer the following question **only** if you answered "yes" to the question about owning land, buildings, or other real property in Washington on the front of this form:

Has there been a change of 50% or more of the ownership of stock or other interest in the company during the last 12 months?  ☐Yes  ☐No

You must contact the Washington State Department of Revenue about excise taxes **IF:**
- This company owns land, buildings, or other real estate in Washington State, **AND**
- 50% or more of the ownership ("controlling interest") in this company, such as ownership of stocks or other financial interests, changed hands during the past 12 months *(RCW 82.45.033).*

Failure to report a change can be penalized *(RCW 82.32.090(6), 82.45.100)*

**For more information on Controlling Interest, please call the Department of Revenue at (360) 570-3265 and choose option 1 or visit their website at www.dor.wa.gov**

BLS-700-350 (RVB/07) Page 2 of 2        *The Department of Licensing has a policy of providing equal access to its services. If you need special accommodation, please call (360) 664-1400 or TTY (360) 664-8885.*

*B-23*



Washington State Department of
# Financial Institutions

# Licensee Database

**DETAILED INFORMATION**
Detailed information on the filing or licensee you selected is displayed below.
To obtain additional information for Securities, Franchise & Business Opportunity filings, send an e-mail to the Division of Securities.
For additional information on Money Transmitter/Currency Exchangers, Mortgage Broker, Small Loans, Check Cashers/Check Sellers, Consumer Loan & Loan Originator filings, send an e-mail to Division of Consumer Services. In either case, please include the file number in the subject line.
By proceeding, you agree that the information provided will not be used for commercial purposes. See RCW 42.56.070(9).
This information is current as of *Saturday, August 08, 2009.*

| | |
|---|---|
| Person Name: | Kandi, Emiel Ali |
| License Number: | 510-LO-34389  Loan Originator |
| Trade Name: | |
| Company Name: | |
| Company Address: | |
| Main Phone Number: | |
| Due Date: | 12/31/2009 |
| Status: | Inactive |

[ Back ] [ Search ]

DFI Home | FAQ | Links

Disclaimer
© 1999 - Washington State Dept. of Financial Institutions
Please contact the webmaster@dfi.wa.gov with any questions, comments or feedback.

*B-24*



## Corporations Division

Home   Search   Apostilles   Domestic Partnerships   Awards Program

More Programs

PRINT THIS PAGE

Enter Keywords

Search Results                                      « Search Again

### VILLA MORTGAGE LLC

Viewing 1 - 1 of 1 results

VILLA MORTGAGE LLC

| | |
|---|---|
| UBI Number | 602204980 |
| Category | LLC |
| Profit/Nonprofit | Profit |
| Active/Inactive | Active |
| State of Incorporation | WA |
| Date of Incorporation | 05/13/2002 |
| Expiration Date | 05/31/2010 |
| Dissolution Date | |

#### Registered Agent Information

| | |
|---|---|
| Agent Name | EMIEL KANDI |
| Address | 6817 27TH STREET WEST |
| City | UNIVERSITY PLACE |
| State | WA |
| ZIP | 98464 |

#### Special Address Information

| | |
|---|---|
| Address | |
| City | |
| State | |
| Zip | |

View Additional Information »                 « Search Again

» Close «

Neither the State of Washington nor any agency ___ cy, reliability, or timeliness of any information in the Public Acces ___ ce on the accuracy, reliability, or timeliness of such information. While every effort is made to ensure the accuracy of this information, portions may be incorrect or not current. Any person or entity who relies on information obtained from the System does so at his or her own risk.

Address Confidentiality | Apostilles | Archives | Charitable Trusts & Solicitations | Corporations | Digital Signatures
Elections & Voting | International Trade | Legacy Project | Library | Medals of Merit & Valor | News Releases | Productivity Board
State Flag | State Seal | Washington History

Washington Secretary of State
801 Capitol Way South
PO Box 40234, Olympia WA 98504-0234
(360) 725-0377

Phone Numbers | Privacy Policy | Accessibility

Español | Русский | 한국어 | Tagalog | Tiếng Việt | 漢語

ABOUT US | CONTACT US | QUESTIONS & ANSWERS | TEXT VERSION | PRINTER FRIENDLY

Search

My Account: Login | Join

Home

File & pay taxes

Doing business

Business types

Register my business

My account

Audits

Find taxes & rates

Workshops & education

Get a form or publication

Find a law or rule

## Doing business

Home / Doing business / Register my business / Lookup business information / Results

## Results

Back to search results

NOTE: If the word "non-revenue" appears in the space after Tax Registration Number, the account is not registered with the Department of Revenue. Although the business may not be required to register with the Department of Revenue, it is registered with one or more other agencies in the state.

### Washington State Department of Revenue
### State Business Records Database Detail

| | |
|---|---|
| TAX REGISTRATION NUMBER : | 602204980 |
| UBI : | 602204980 |
| LEGAL ENTITY : | VILLA MORTGAGE LLC |
| DOING BUSINESS AS : | |

| MAILING ADDRESS : | BUSINESS LOCATION : |
|---|---|
| PO BOX 64907 | NO BUS LOC RECEIVED ON MBA |
| UNIVERSITY PLACE, WA 98464-0907 | , 00000-0000 |

| | | |
|---|---|---|
| OWNER TYPE : | LIMITED LIABILITY | |
| ACCOUNT OPENED : | 05/01/2002 | |
| ACCOUNT CLOSED : | OPEN | |
| NAICS CODE : | 541618 | 08/07/2009 6:28 PM |

### FOR NON-COMMERCIAL USE ONLY

As of 8/31/2005, the Standard Industrial Code (SIC) has been replaced with the North American Industry

SUPERIOR COURT, IN AND FOR THE COUNTY OF PIERCE, STATE OF WASHINGTON

| | Cause No. 06-2-11086-8 |
|---|---|
| DALAL AL-SAUD, <br><br> vs. <br><br> DIVERSIFIED FINANCIAL INC. DBA DIVERSIFIED FINANCIAL HOLDINGS, INC., A WASHINGTON CORPORATION, ET AL, | Narrative Declaration of Attempted Service of SUMMONS AND COMPLAINT FOR RESTRAINT OF TRUSTEE'S SALE AND DAMAGES; MOTION FOR PRELIMINARY INJUNCTION; DECLARATION IN SUPPORT OF PRELIMINARY INJUNCTION; DECLARATION OF ROBERT L. BEALE IN SUPPORT OF PRELIMINARY INJUNCTION; (PROPOSED) PRELIMINARY INJUNCTION; NOTE FOR MOTION DOCKET; ORDER ASSIGNING CASE TO DEPARTMENT |

State Of Washington County of Pierce

The undersigned hereby declares: That (s)he is now, and at all times herein mentioned, a citizen of the United States and resident of the State of Washington, over the age of eighteen, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On or about September 6 2006 ABC Legal Services, Inc. received the above listed document(s) for service on Diversified Financial, Inc. dba Diversified Financial Holdings, Inc. at the address of "D" ST. MARINA TACOMA, WA 98402.

The address given on D st. is incomplete. Name of the Marina is unknown. Unable to locate.

At this time, ABC Legal Services, Inc. is unable to serve the defendant (s) Diversified Financial, Inc. dba Diversified Financial Holdings, Inc.

This Affidavit Is Based On Permanent Business Records Of ABC/Legal Services Inc. In The Custody Of The Undersigned, So The Service Of The Above Listed Documents Be Made On The Secretary Of State As Agent For The Defendant, Pursuant To RCW 24.06.060

The information provided is deemed reliable, however, is not guaranteed to be an exhaustive effort to locate the subject(s). It is a summary of our attempts to locate the subject(s) listed for the purpose of service of legal process. ABC Legal Services, Inc. utilizes information provided by the client, obtained from public and private sources, and confidential informants as approved by the client.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct

Dee McCleskey – PC#14458     Dated September 7 2006

Megavick, Graves, Et Al     Narrative Declaration of Attempted Service     ABC Legal Services, Inc. Tracking # 3568703

Page 1 of 1   9/7/2006 8:50 AM

# STATE of WASHINGTON   SECRETARY of STATE

*Corporations Division • 801 Capitol Way South • PO Box 40234 • Olympia, WA 98504-0234 • 360/753-7115 • Fax 360/664-0055*

September 16, 2006

MCGAVICK GRAVES
1102 BROADWAY STE 500
TACOMA, WA 98402

The undersigned hereby states that she is a duly appointed and acting clerk in the office of the Secretary of State responsible for the receipt and handling of the service of process under the Washington state statute indicated and is qualified to make the following statements:

On September 14, 2006, Summons/Complaint documents in the action relating to:Dalal Al-Saud (plaintiff) vs. Villa Mortgage, Llc (defendant), Cause No. 06 2 11086 8, were received in the office of the Secretary of State. Said documents were placed on file and a duplicated copy was mailed via "Certified" mail, item number 7005 0390 0005 1632 7022 to:

☐   L.L.C. (domestic) at principal place of business. (RCW 25.15.025(3)

☒   the secretary of the corporation at its principal office as shown on the records of the Secretary of State (RCW 23B.05.040, domestic; RCW 23B.15.100, foreign).

☐   the non-resident motorist at the last known address as supplied by the plaintiff or his/her representative (RCW 46.64.040).

☐   the office address as shown on the records of the office of Secretary of State where the limited partnership records are maintained. (RCW 25.10.0040)

☐   the corporation's address as supplied by the plaintiff or his/her representative.

☐   the non-admitted organization at the last known address as supplied by the plaintiff or his/her representative (RCW 23B.18050).

Name and address documents were mailed to VILLA MORTGAGE, LLC  D ST MARINA  PO BOX 64907 TACOMA, WA 98464.

File Number: 10586
September 18, 2006
(Date document Mailed)

C. Johnson
Corporations Division

*In addition to service on the Secretary of State, the plaintiff and/or his advisor should also consider effecting service through options detailed further in chapter 4.28 and 46.64 of the Revised Code of Washington.*

SSF 82 8/85                                                                       030-008  SSCOM

B-28



- Washington
- University Place
- University Place Businesses
- Post Offices

# Post Offices in University Place, WA

| Name & Address | Phone # | Website |
|---|---|---|
| Us Post Office<br>6817 27th St W, University Place, WA 98466 | (253) 000-1111 | |







### Reservations

It is easy to make a reservation! Please contact us using the information below. Large parties may require more advanced notice. We hope you enjoy your meal!

reservations phone: (253) 473-7300
or (206) 363-6063
online reservations: Reserve Now Online



JOIN NOW! ▸▸

**Address:**
115 East 34th
Tacoma, WA 98404
Phone:(253) 473-7300
or (206) 363-6063

**Lunch Hours:**
Mon-Fri 11:15am to 3:00pm
Sat, Sun no lunch

**Dinner Hours:**
Mon-Thurs 4pm to 9:30pm
Fri & Sat 4pm to 10:30pm
Sun 3:30pm to 9:00pm

**Bar Hours:**
Mon-Thurs last call 10:45pm
Fri & Sat last call 11:45pm
Sun last call 10:15pm

**Happy Hour:**
Sun-Fri 3-6pm and 9pm to close

- Patio seating available.
- Non-smoking
- Kids menu, booster seats and high chairs available.
- Large groups up to 25 can be accommodated; call manager in advance.
- Private Dining available.

B-30

DEPARTMENT OF REVENUE
Washington State

PLEASE TYPE OR PRINT

**REAL ESTATE EXCISE TAX AFFIDAVIT**
CHAPTER 82.45 RCW – CHAPTER 458-61 WAC

This form is your receipt when stamped by cashier.

THIS AFFIDAVIT WILL NOT BE ACCEPTED UNLESS ALL AREAS ON ALL PAGES ARE FULLY COMPLETED
(See back page for instructions)

☒ Check box if partial sale of property    If multiple owners, list percentage of ownership next to name.

| **1** | Name James De Galen, an unmarried man | **2** | Name Diversified Financial, Inc. |
|---|---|---|---|
| SELLER GRANTOR | Mailing Address 1525 Colvos Drive Northwest | BUYER GRANTEE | Mailing Address 6817 27th Avenue West |
| | City/State/Zip Gig Harbor, WA 98332 | | City/State/Zip University Place, WA 98484 |
| | Phone No. (including area code) (253)514-0360 | | Phone No. (including area code) |

**3** Send all property tax correspondence to: ☐ Same as Buyer/Grantee

List all real and personal property tax parcel account numbers – check box if personal property

Name Diversified Financial, Inc.

Mailing Address 6817 27th Avenue West

City/State/Zip University Place, WA 98464

Phone No. (with area code)

| | | List assessed value(s) |
|---|---|---|
| 7500500100 | ☐ | 254,100 |
| | ☐ | |
| | ☐ | |
| | ☐ | |

**4** Street address of property: 1525 Colvos Drive Northwest, Gig Harbor, WA 98332

This property is located in ☒ unincorporated _____ Pierce _____ County OR ☐ city of _____

☐ Check box if any of the listed parcels are being segregated from a larger parcel.

Legal description of property (if more space is needed, you may attach a separate sheet to each page of the affidavit)

Lot(s) 10, Sea Cliff Estates 6th Addition according to the plat recorded in Book 44 of plats, page(s) 8, 9 and 10, in Pierce County, Washington.

**5** Enter Abstract Use Categories: 11
(Please see list on the back page of this form.)
If exempt from property tax per chapter 84.36 RCW (nonprofit organization), include:
Seller's Exempt Reg. No.:

**7** List all personal property (tangible and intangible) included in selling price.

| | YES | NO |
|---|---|---|
| Is this property designated as forest land per chapter 84.33 RCW? | ☐ | ☒ |
| Is this property classified as current use (open space, farm and agricultural, or timber) land per chapter 84.34? | ☐ | ☒ |
| Is this property receiving special valuation as historical property per chapter 84.26 RCW? | ☐ | ☒ |

If any answers are yes, complete as instructed below.

(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture, or timber) land, you must sign on (3) below. The county assessor must then determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale. (RCW 84.33.140 or RCW 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.

This land ☐ does ☒ does not qualify for continuance.

_____    _____
DEPUTY ASSESSOR             DATE

(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)
NEW OWNER(S): To continue special valuation as historic property, sign (3) below. If the new owner(s) do not wish to continue, all additional tax calculated pursuant to chapter 84.26 RCW, shall be due and payable by the seller or transferor at the time of sale.

(3) OWNER(S) SIGNATURE

If claiming an exemption, list WAC number and reason for exemption:

WAC No. (Section/Subsection) _____

Reason for exemption Distressed Sale
No debt

Type of Document Statutory Warranty Deed

Date of Document September 29, 2008

| | | |
|---|---|---|
| Gross Selling Price | $ | 289,000.00 |
| *Personal Property (deduct) | $ | |
| Exemption Claimed (deduct) | $ | |
| Taxable Selling Price | $ | 289,000.00 |
| Excise Tax: State | $ | 3,699.20 |
| Local | $ | 1,445.00 |
| *Delinquent Interest: State | $ | |
| Local | $ | |
| *Delinquent Penalty: | $ | |
| *County Technology Fee | $ | |
| *State Technology Fee | $ | 5 |
| *Affidavit Processing Fee | $ | ~~5.00~~ |
| Total Due | $ | 5,149.20 |

A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX
*SEE INSTRUCTIONS

**8** I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signature of
Grantor or Grantor's Agent _____

Name (print) James De Galen

Date & city of signing: Solla 9 26 08

Signature of
Grantee or Grantee's Agent _____

Name (print) Diversified Financial Inc. Fred Candi

Date & city of signing: Tacoma 9-25-08

Perjury: Perjury is a class C felony which is punishable by imprisonment in the state correctional institution for a maximum term of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.020 (1C)).

REV 84 0001a (06/23/05)

THIS SPACE - TREASURER'S USE ONLY

COUNTY TREASURER

4199001 1 PG

09/30/2008 9:42am CYD0H
EXCISE COLLECTED $5,144.20   PRO. FEE:$0.00
PST MCCARTHY #021TR00
PIERCE COUNTY, WA   STATE FEE:$5.00

B-31

Case 08-45008-ELP    Doc 53-2    Filed 08/10/09    Entered 08/11/09 07:55:59    Page 32 of 34

For reference only, not for re-sale.



**REAL ESTATE EXCISE TAX AFFIDAVIT**
CHAPTER 82.45 RCW – CHAPTER 458-61A WAC

Department of Revenue
Washington State

PLEASE TYPE OR PRINT

This form is your receipt when stamped by cashier.

☐ Check box if partial sale of property

**THIS AFFIDAVIT WILL NOT BE ACCEPTED UNLESS ALL AREAS ON ALL PAGES ARE FULLY COMPLETED**
(See back of last page for instructions)

☐ Check box if multiple owners, list percentage of ownership next to name.

**1 SELLER/GRANTOR**
Name: Diversified Financial, Inc.
Mailing Address: 6817 27th Street West
City/State/Zip: University Place, WA 98464
Phone No. (including area code):

**2 BUYER/GRANTEE**
Name: Ryan Erker
Mailing Address: 1525 Colvos Drive NW
City/State/Zip: Gig Harbor, WA 98332
Phone No. (including area code):

**3** Send all property tax correspondence to: ☑ Same as Buyer/Grantee
Name:
Mailing Address:
City/State/Zip:
Phone No. (including area code):

List all real and personal property tax parcel account numbers – check box if personal property

| | | List assessed value(s) |
|---|---|---|
| 750-050-0100 | ☐ | $541,700.00 |
| | ☐ | |
| | ☐ | |
| | ☐ | |

**4** Street address of property: 1525 Colvos Drive NW, Gig Harbor, WA 98332
This property is located in: Gig Harbor
☐ Check box if any of the listed parcels are being segregated from a larger parcel.
Legal description of property (if more space is needed, you may attach a separate sheet to each page of the affidavit)

Lot 10 Sea Cliff Estates 5th Addition, according to the plat recorded in Book 44 of Plats at page 8, 9 and 10 records of Pierce County, Washington

**5** Select Land Use Code(s):
Select Land Use Codes
enter any additional codes:
(See back of last page for instructions)

Is this property exempt from property tax per chapter 84.36 RCW (nonprofit organization)? ☐ YES ☑ NO

**6**
Is this property designated as forest land per chapter 84.33 RCW? ☐ YES ☑ NO
Is this property classified as current use (open space, farm and agricultural, or timber) land per chapter 84.34? ☐ YES ☑ NO
Is this property receiving special valuation as historical property per chapter 84.26 RCW? ☐ YES ☑ NO

If any answers are yes, complete as instructed below.

(1) NOTICE OF CONTINUANCE (FOREST LAND OR CURRENT USE)
NEW OWNER(S): To continue the current designation as forest land or classification as current use (open space, farm and agriculture, or timber) land, you must sign on (3) below. The county assessor must then determine if the land transferred continues to qualify and will indicate by signing below. If the land no longer qualifies or you do not wish to continue the designation or classification, it will be removed and the compensating or additional taxes will be due and payable by the seller or transferor at the time of sale. (RCW 84.33.140 or RCW 84.34.108). Prior to signing (3) below, you may contact your local county assessor for more information.

This land ☐ does ☐ does not qualify for continuance.

DEPUTY ASSESSOR _____ DATE _____

(2) NOTICE OF COMPLIANCE (HISTORIC PROPERTY)
NEW OWNER(S): To continue special valuation as historic property, sign (3) below. If the new owner(s) does not wish to continue, all additional tax calculated pursuant to chapter 84.26 RCW, shall be due and payable by the seller or transferor at the time of sale.

(3) OWNER(S) SIGNATURE _____

PRINT NAME _____

**7** List all personal property (tangible and intangible) included in selling price.

If claiming an exemption, list WAC number and reason for exemption:
WAC No. (Section/Subsection): WAC 458-61A-201 (A2)
Reason for exemption: BUYER ASSUMING EXISTING DEBT

Type of Document: Warranty Deed
Date of Document: 1/15/09

| | | |
|---|---|---|
| Gross Selling Price | $ | 625,000.00 |
| *Personal Property (deduct) | $ | |
| Exemption claimed (deduct) | $ | 244,000.00 |
| Taxable Selling Price | $ | 381,000.00 |
| Excise Tax : State | $ | 4,876.80 |
| 0.0050 Local | $ | 1,905.00 |
| *Delinquent Interest: State | $ | |
| Local | $ | |
| *Delinquent Penalty | $ | |
| Subtotal | $ | 6,781.80 |
| *State Technology Fee | $ | 5.00 |
| *Affidavit Processing Fee | $ | |
| Total Due | $ | 6,786.80 |

A MINIMUM OF $10.00 IS DUE IN FEE(S) AND/OR TAX
*SEE INSTRUCTIONS

**8** I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signature of Grantor or Grantor's Agent _____
Name (print): Diversified Financial, Inc
Date & city of signing: 01/15/2009, Tacoma

Signature of Grantee or Grantee's Agent _____
Name (print): Ryan Erker
Date & city of signing: 01/15/2009, Tacoma

Perjury: Perjury is a class C felony which is punishable by imprisonment in the state correctional institution for a maximum term of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.020 (1C)).

SPACE - TREASURER'S USE ONLY
COUNTY TREASURER

01/15/2009 12:32pm EBJOHNSO
EXCISE COLLECTED :$6,781.80    PRO.FEE:$0.00
AUDIT00
PIERCE COUNTY, WA    STATE FEE:$5.00

4205111 1 PG

*B-32*

For reference only, not for re-sale.



State of Washington
Department of Revenue
Miscellaneous Tax Section
PO Box 47477
Olympia WA 98504-7477

# REAL ESTATE EXCISE TAX
## SUPPLEMENTAL STATEMENT
(WAC 458-61A-304)

This form must be submitted with the Real Estate Excise Tax Affidavit (FORM REV 84 0001A) for claims of tax exemption as provided below. Completion of this form is required for the types of real property transfers listed in numbers 1-3 below. Only the first page of this form needs original signatures.

**AUDIT:** Information you provide on this form is subject to audit by the Department of Revenue. **In the event of an audit, it is the taxpayers' responsibility to provide documentation to support the selling price or any exemption claimed.** This documentation must be maintained for a minimum of four years from date of sale. (RCW 82.45.100) Failure to provide supporting documentation when requested may result in the assessment of tax, penalties, and interest. Any filing that is determined to be fraudulent will carry a 50% evasion penalty in addition to any other accrued penalties or interest when the tax is assessed.

**PERJURY:** Perjury is a class C felony which is punishable by imprisonment in a state correctional institution for a maximum term of not more than five years, or by a fine in an amount fixed by the court of not more than five thousand dollars ($5,000.00), or by both imprisonment and fine (RCW 9A.20.020 (1C)).

The persons signing below do hereby declare under penalty of perjury that the following is true (check appropriate statement):

1. ☐ **DATE OF SALE:** (WAC 458-61A-306(2))

   I, (print name) _____ certify that the _____ (type of instrument), dated _____, was delivered to me in escrow by _____ (seller's name). **NOTE:** Agent named here must sign below and indicate name of firm. The payment of the tax is considered current if it is not more than 90 days beyond the date shown on the instrument. If it is past 90 days, interest and penalties apply to the date of the instrument.

   Reasons held in escrow: _____

   _____
   _____    _____
   Signature                              Firm Name

2. **GIFTS:** (WAC 458-61A-201) The gift of equity is non-taxable; however, any consideration received is not a gift and is taxable. The value exchanged or paid for equity plus the amount of debt equals the taxable amount. One of the boxes below must be checked. Both Grantor (seller) and Grantee (buyer) must sign below.

   Grantor (seller) gifts equity valued at $_____ to grantee (buyer).

   **NOTE: Examples of different transfer types are provided on the back. This is to assist you with correctly completing this form and paying your tax.**

   "Consideration" means money or anything of value, either tangible (boats, motor homes, etc) or intangible, paid or delivered, or contracted to be paid or delivered, including performance of services, in return for the transfer of real property. The term includes the amount of any lien, mortgage, contract indebtedness, or other encumbrance, given to secure the purchase price, or any part thereof, or remaining unpaid on the property at the time of sale. "Consideration" includes the assumption of an underlying debt on the property by the buyer at the time of transfer.

   **A: Gifts with consideration**

   1. ☐ Grantor (seller) has made and will continue to make all payments after this transfer on the total debt of $_____ and has received from the grantee (buyer) $_____ (include in this figure the value of any items received in exchange for property). Any consideration received by grantor is taxable.

   2. ☑ Grantee (buyer) will make payments on __100__ % of total debt of $ 244,000.00 for which grantor (seller) is liable and pay grantor (seller) $ 381,000.00 (include in this figure the value of any items received in exchange for property). Any consideration received by grantor is taxable.

   **B: Gifts without consideration**

   1. ☐ There is no debt on the property; Grantor (seller) has not received any consideration towards equity. No tax is due.

   2. ☐ Grantor (seller) has made and will continue to make 100% of the payments on total debt of $_____ and has not received any consideration towards equity. No tax is due.

   3. ☐ Grantee (buyer) has made and will continue to make 100% of the payments on total debt of $_____ and has not paid grantor (seller) any consideration towards equity. No tax is due.

   4. ☐ Grantor (seller) and grantee (buyer) have made and will continue to make payments from joint account on total debt before and after the transfer. Grantee (buyer) has not paid grantor (seller) any consideration towards equity. No tax is due.

   Has there been or will there be a refinance of the debt? ☐ YES ☐ NO

   If grantor (seller) was on title as co-signor only, please see WAC 458-61A-215 for exemption requirements.

   **The undersigned acknowledges this transaction may be subject to audit and have read the above information regarding record-keeping requirements and evasion penalties.**

   _____    _____
   Grantor's Signature                    Grantee's Signature

3. ☐ **IRS "TAX DEFERRED" EXCHANGE** (WAC 458-61A-213)

   I, (print name) _____, certify that I am acting as an Exchange Facilitator in transferring real property to _____ pursuant to IRC Section 1031, and in accordance with WAC 458-61A-213.
   **NOTE:** Exchange Facilitator must sign below.

   _____
   Exchange Facilitator's Signature

For tax assistance, contact your local County Treasurer/Recorder or visit http://dor.wa.gov or call (360) 570-3265. To inquire about the availability of this document in an alternate format for the visually impaired, please call (360) 705-6715. Teletype (TTY) users please call 1-800-451-7985.

REV 84 0002a (a) (12/27/06)    COUNTY TREASURER

B-33